UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ROY NAUGHTON<br><br>　　　Defendant. | CASE NO. MJ21-512<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Assault by Striking, Beating, or Wounding

<u>Date of Detention Hearing</u>:　　September 14, 2021.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.　　Defendant is charged with committing an assault on another inmate while

DETENTION ORDER
PAGE -1

detained in the Federal Detention Center in SeaTac, Washington, where he is serving a sentence under Case No. 17-CR-177 from the District of Alaska. Defendant is also held under a detention order issued from that district for another case. Defendant was not interviewed by Pretrial Services. Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on unknown background information, a history of noncompliance while under supervision, and a history of failures to appear. Defendant poses a risk of danger based on possible gang association, criminal history, the nature of the charges, and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation

Services Officer.

DATED this 14th day of September, 2021.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3